**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
MARCO MARTINEZ HERAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 26-CR-00053 KES EPG |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE THE PRELIMINARY HEARING** |
| vs. | ) |
| MARCO MARTINEZ HERAS, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERIKA P. GROSJEAN; AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARCO MARTINEZ HERAS, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the preliminary hearing currently set for Wednesday, June 10, 2026, at 2:30 p.m. (See ECF Doc. 10) be continued to Wednesday, August 26, 2026, at 1:00 p.m.

Defense counsel is requesting a continuance to provide additional time to review discovery and conduct plea negotiations. Counsel is seeking to continue the status conference to August 26, 2026. AUSA Luke Baty has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from May 27, 2026, through July 13, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 09, 2026

*/s/ Alekxia Torres Stallings*

ALEKXIA TORRES STALLINGS
Attorney for Defendant
MARCO MARTINEZ HERAS

DATED: June 09, 2026

*/s/Luke Baty*

LUKE BATY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference currently set for Wednesday, June 10, 2026, at 2:30 p.m., be continued to Wednesday, August 26, 2026, at 1:00 p.m. before the Honorable Erica P. Grosjean and that the period from June 10, 2026, through August 26, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) this day of June 08, 2026.

IT IS SO ORDERED.

Dated:    **June 9, 2026**                    /s/ _Erica P. Grosjean_
                                                         UNITED STATES MAGISTRATE JUDGE