**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
MARCO MARTINEZ HERAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARCO MARTINEZ HERAS,<br>Defendant | Case No.: 26-CR-00053 KES EPG<br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERIKA P. GROSJEAN; AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARCO MARTINEZ HERAS, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference hearing currently set for Wednesday, August 26, 2026, at 1:00 p.m. (See ECF Doc. 12) be continued to Wednesday, September 23, 2026, at 1:00 p.m.

I am scheduled to commence trial on August 24, 2026, and due to my trial obligations, I will not be available to appear at the Status Conference currently set for August 26, 2026. I respectfully request a continuance of the Status Conference hearing to September 23, 2026. AUSA Luke Baty has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from August 26, 2026, through September 23, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: August 24, 2026

***/s/ Alekxia Torres Stallings***
ALEKXIA TORRES STALLINGS
Attorney for Defendant
MARCO MARTINEZ HERAS

DATED: August 24, 2026

***/s/Luke Baty***
LUKE BATY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference currently set for Wednesday, August 26, 2026 at 1:00 p.m., be continued to Wednesday, September 23, 2026, at 1:00 p.m. before the Honorable Erica P. Grosjean and that the period from August 26, 2026, through September 23, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) this day of August 24, 2026.

IT IS SO ORDERED.

Dated: **August 24, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE