**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
MARCO MARTINEZ HERAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARCO MARTINEZ HERAS,<br>Defendant | Case No.: 26-CR-00053 KES EPG<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN; AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARCO MARTINEZ HERAS, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference hearing currently set for Wednesday, September 23, 2026, at 1:00 p.m. (See ECF Doc. 16) be continued to Wednesday, December 9, 2026, at 1:00 p.m.

Counsel received discovery yesterday and has not had the opportunity to adequately review the discovery provided in this matter. Additional times is necessary to allow counsel and the AUSA an opportunity to discuss and, if appropriate negotiate a plea agreement that may resolve this matter. I respectfully request a continuance of the Status Conference hearing to December 9, 2026. AUSA Luke Baty has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from September 23, 2026, through December 9, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 17, 2026

***/s/ Alekxia Torres Stallings***
ALEKXIA TORRES STALLINGS
Attorney for Defendant
MARCO MARTINEZ HERAS

DATED: September 17, 2026

***/s/Luke Baty***
LUKE BATY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference currently set for Wednesday, September 23, 2026, at 1:00 p.m., be continued to Wednesday, December 9, 2026, at 1:00 p.m. before the Honorable Erica P. Grosjean and that the period from September 23, 2026, through December 9, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) this day of September 17, 2026.

IT IS SO ORDERED.

Dated: **September 18, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE